## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            **Plaintiff,**<br><br>            **v.**<br><br>**TAMMY A. COBURN,**<br><br>            **Defendant.** | **Case No. CR04-5580JKA**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, GLENN TEMDPLETON;

The defendant appears personally and represented by counsel, LINDA SULLIVAN;

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge    .

        *Date of hearing:*        *JANUARY 27, 2005*

        *Time of hearing:*        2:00 P.M.

**IT IS ORDERED** that the defendant:

Be released subject to the terms and conditions of probation, including but not limited to her maintaining an appointment to begin treatment in Maryland on November 23, 2005, and to be in complete compliance with all terms and conditions of that treatment and any other imposed by her probation officer.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

        **November 4, 2005.**

        */s/ J. Kelley Arnold*
        **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1